# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Robert J. Garnier, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Maxum Petroleum Operating Company, | ) | |
| | ) | |
| | ) | Case No. 1-15-cv-164 |
| Defendant. | ) | |

Before the court is the parties' Stipulation to Amended Scheduling Order. (Docket No. 20). In the stipulation, the parties seeks the court's leave to amend the scheduling order to allow additional time to conduct discovery and file dispositive motions. The court **ADOPTS** the parties' stipulation, in part, as follows:

1. The parties shall have until January 1, 2017 to complete depositions of Garret Walther and Margaret Lewis.

2. The parties shall have until January 1, 2017 to file discovery-related motions.

3. The parties shall have until February 15, 2017 to file dispostive motions.

The court **DOES NOT ADOPT** the parties' stipulation relating to postponing the final pretrial conference and the jury trial until ninety days after the court issues its rulings on any potential dispositive motions. Even with the amended dates set forth above, the court finds the current dates for the final pretrial conference and jury trial are appropriate. Moreover, the court's calendering system does not allow contingent scheduling such as that proposed by the parties.

**IT IS SO ORDERED.**

Dated this 20th day of October, 2016.

                                            */s/  Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr., Magistrate Judge
                                            United States District Court